# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARLENE Y. GUYETTE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5581BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation (Dkt. 9); and

This action is DISMISSED WITH PREJUDICE.

   June 4, 2008　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN
Date　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/Caroline M. Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk